

## U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

August 14, 2014

By ECF
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Marius v. USCIS et al, CV-14-3709
            (Garaufis, J.) (E.D.N.Y.)

Dear Judge Garaufis:

    Respondents respectfully write to request that this action be dismissed as moot.

    Petitioner seeks an order directing United States Citizenship and Immigration Services ("USCIS") to adjudicate an application for adjustment of status filed by Petitioner. USCIS approved the application on August 12, 2014. A copy of the first page of the application, stamped "approved", is annexed hereto.

    Thus, this action is now moot. Accordingly, Respondents respectfully request that the Court issue an order (1) dismissing this action with prejudice and (2) directing the Clerk of the Court to enter judgment accordingly.

                             Respectfully submitted,

                             LORETTA E. LYNCH
                             United States Attorney

                    By: /s_____
                             ELLIOT M. SCHACHNER
                             Assistant U.S. Attorney
                             (718) 254-6053

cc: Jennifer Oltarsh, Esq.
    Attorney for Petitioner
    (by ECF)

*[Handwritten: Disposition approved as stated above. Enter judgment. So ordered.]*

s/Nicholas G. Garaufis

*[Handwritten: 8/18/14]*

OMB No. 1615-0023

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-485, Application to Register Permanent Residence or Adjust Status

**START HERE** - Type or Print (Use black ink)

## Part 1. Information About You

Family Name (Last Name): MARIUS
Given Name (First Name): PATRICK
Middle Name: MICHAEL

Address - Street Number and Name: 60-84 69th AVENUE
Apt. #: 3

C/O (in care of):

City: RIDGEWOOD
State: NEW YORK
Zip Code: 11385

Date of Birth (mm/dd/yyyy): [redacted]
Country of Birth: Guyana

Country of Citizenship/Nationality: St Lucia
U.S. Social Security # (if any): [redacted]
A # (if any): 096108520

Date of Last Arrival (mm/dd/yyyy): 8-18-98
I-94 #: Applied to ?

Current USCIS Status: Visitor
Expires on (mm/dd/yyyy): 2-17-99

### For USCIS Use Only

Returned:

Resubmitted:

Reloc Sent:

Reloc Rec'd:

Applicant Interviewed: 1/30/2014

MSC1290098353
APP I485
10/31/2011

**Section of Law**
- [ ] Sec. 209(a), INA
- [ ] Sec. 209(b), INA
- [ ] Sec. 13, Act of 9/11/57
- [x] Sec. 245, INA
- [ ] Sec. 249, INA
- [ ] Sec. 1 Act of 11/2/66
- [ ] Sec. 2 Act of 11/2/66
- [ ] Other

Country Chargeable: St. Lucia

**Eligibility Under Sec. 245**
- [x] Approved Visa Petition
- [ ] Dependent of Principal Alien
- [ ] Special Immigrant
- [x] Other

## Part 2. Application Type (Check one)

I am applying for an adjustment to permanent resident status because:

a. [ ] An immigrant petition giving me an immediately available immigrant visa number that has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [x] My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate.)

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least 1 year.

f. [ ] I am the husband, wife, or minor unmarried child of a Cuban described above in (e), and I am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least 1 year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain (for example, I was admitted as a refugee, my status has not been terminated, and I have been physically present in the United States for 1 year after admission). If additional space is needed, see Page 2 of the instructions.

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:
(Check one)

i. [ ] I am a native or citizen of Cuba and meet the description in (e) above.

j. [ ] I am the husband, wife, or minor unmarried child of a Cuban and meet the description in (f) above.

**APPROVED** FEB 00 2014 U.S. Citizenship and Immigration Services

ATTY State License #:

Form I-485 (Rev. 01/18/11) Y

**Motions**
1:14-cv-03709-NGG Marius v.
Department of Homeland
Security et al

MJSELECT-VMS

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered by Schachner, Elliot on 8/14/2014 at 12:15 PM EDT and filed on 8/14/2014
**Case Name:**        Marius v. Department of Homeland Security et al
**Case Number:**      1:14-cv-03709-NGG
**Filer:**            Department of Homeland Security
                      United States Citizenship & Immigrant Services
**Document Number:** 6

**Docket Text:**
**MOTION to Dismiss by Department of Homeland Security, United States Citizenship & Immigrant Services. (Schachner, Elliot)**


**1:14-cv-03709-NGG Notice has been electronically mailed to:**

Elliot M. Schachner     Elliot.Schachner@usdoj.gov, USANYE-CRDOCKET@usdoj.gov

Jennifer Oltarsh     jenniferoltarsh@oltarsh.com, info@oltarsh.com

**1:14-cv-03709-NGG Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/14/2014] [FileNumber=8998463-0]

[1756b4ec3159771b18decf0f54a9bf5b092ea0ad0380c0777ac98d306ae643a097a91
f95403b9f40b6fa767ccfb5198f5c5b70454c29124403ea7a4ddbf97758]]